# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

135516 & (17)(18)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GREGORY ALAN FERQUERON,
      Defendant-Appellant.

SC: 135516
COA: 281278
Oakland CC: 94-130590-FC

_____/

      On order of the Court, the application for leave to appeal the November 1, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to remand and the motion for production of records are DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

_____
Clerk

p0616